1  NICOLA T. HANNA
   United States Attorney
2  BRANDON D. FOX
   Assistant United States Attorney
3  Chief, Criminal Division
   STEVEN R. WELK
4  Assistant United States Attorney
   Chief, Asset Forfeiture Section
5  JOHN J. KUCERA (Cal. Bar No. 274184)
   Assistant United States Attorney
6  Asset Forfeiture Section
        1400 United States Courthouse
7       312 North Spring Street
        Los Angeles, California 90012
8       Telephone:  (213) 894-3391
        Facsimile:  (213) 894-0142
9       E-mail:   John.Kucera@usdoj.gov
10
11 Attorneys for Plaintiff
   UNITED STATES OF AMERICA
12

                    UNITED STATES DISTRICT COURT

                FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CV 19-7039-CAS (MRWx) |
|---|---|
| Plaintiff, | WARRANT |
| v. | |
| APPROXIMATELY $182,182.50 IN BANK FUNDS SEIZED FROM AMRO BANK N.V. ACCOUNT '6352; APPROXIMATELY $23,175.00 IN BANK FUNDS SEIZED FROM PLAINS CAPITAL BANK ACCOUNT '3939, | |
| Defendants. | |

     TO: UNITED STATES MARSHALS SERVICE:

     A Verified Complaint for Forfeiture having been filed in this action,

     IT IS ORDERED that you seize the defendants, Approximately $182,182.50 in Bank Funds Seized from Amro Bank N.V. Account '6352;

1  Approximately $23,175.00 in Bank Funds Seized from Plains Capital
2  Bank Account '3939, and cause the same to be detained in your
3  custody, or in the custody of a Substitute Custodian, until further
4  notice of the Court, and that you give due notice to all interested
5  persons that they must file their Claims and Answers with the Clerk
6  of this Court within the time allowed by law.
7       YOU ARE FURTHER ORDERED to file this process in this Court with
8  your return promptly after execution.

   DATED: ___8/14/2019_____

                                       KIRY K. GRAY, Clerk
                                       
                                       Deputy Clerk of Court

2