# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America | CASE NUMBER |
| | 2:19-cv-07039 CAS(MRWx) |
| PLAINTIFF(S) | |
| v. | |
| Approximately 182,182.50 in bank funds seized from Amro Bank N.V. Account 6352 et al | **ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 19-03 (RELATED CASES)** |
| DEFENDANT(S). | |

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 19-03.

_8·20·2019_

Date

_R. Gary Klausner_

United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

_____

_____

_____

_____

_____            _____
Date                                      United States District Judge

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case   2:18-cv-06742 RGK(PJWx)   and the present case:

☑ A.   Arise from the same or closely related transactions, happenings or events; or

☑ B.   Call for determination of the same or substantially related or similar questions of law and fact; or

☑ C.   For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D.   Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

## NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge _____ Wilner _____ to Magistrate Judge _____ Walsh _____ .

On all documents subsequently filed in this case, please substitute the initials _RGK(PJWx)_ after the case number in place of the initials of the prior judge, so that the case number will read _2:19-cv-07039 RGK(PJWx)_ . This is very important because the documents are routed to the assigned judges by means of these initials

cc: ☐ *Previous Judge*   ☐ *Statistics Clerk*

CV-34 (03/19)            **ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 19-03  (Related Cases)**